**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 597 MAL 2014
:
                Respondent    :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v.              :
:
:
:
OLIVER BURBAGE,          :
:
                Petitioner     :

## ORDER

**PER CURIAM**

     **AND NOW**, this 27th day of January, 2015, the Petition for Allowance of Appeal is **DENIED**.